UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHRISTIAN ACOSTA

                      Plaintiff,

    -against-

NORTHSTAR LOCATION SERVICES, LLC

                      Defendant(s).
-------------------------------------------------------------------X

Civil Action No.: 12 CV 3427

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(a)(i)**

    Pursuant to F.R.C.P. 41(a) (1) (A) (i), Plaintiff CHRISTIAN ACOSTA by his counsel, hereby gives notice that the above captioned action is voluntarily dismissed against the Defendant NORTHSTAR LOCATION SERVICES.

Dated: October 11, 2012
       New York, New York

For: **CHRISTIAN ACOSTA**

By: _____
M. Harvey Rephen, Esq.
Law Offices of M. Harvey Rephen & Associates, P.C.
708 Third Avenue, 6th Floor
New York, New York 10017
Phone: (212) 796-0930


**SO ORDERED**

By:_____
Hon. _____, USDJ