FILED
CLERK

10/15/2012 11:11 am

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CHRISTIAN ACOSTA

                Plaintiff,

-against-

NORTHSTAR LOCATION SERVICES, LLC

                Defendant(s).
----------------------------------------------------------X

Civil Action No.: 12 CV 3427

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(a)(i)**

    Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff CHRISTIAN ACOSTA by his counsel, hereby gives notice that the above captioned action is voluntarily dismissed against the Defendant NORTHSTAR LOCATION SERVICES.

Dated: October 11, 2012
       New York, New York

For: **CHRISTIAN ACOSTA**

By: _____/s/_____
M. Harvey Rephen, Esq.
Law Offices of M. Harvey Rephen & Associates, P.C.
708 Third Avenue, 6th Floor
New York, New York 10017
Phone: (212) 796-0930

**SO ORDERED**

By: _____
Hon. _____, USDJ

The Clerk of the Court is directed to mark the matter closed.

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: Oct. 15, 2012
Central Islip, NY